# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:     Melvin Geiger | Chapter 13 |
| Debtor | Bankruptcy No. 23-10608-amc |
| | |
| Lakeview Loan Servicing, LLC, or its Successor or Assignee | |
| Movant | |
| vs. | |
| | |
| Kenneth E. West, Trustee | |
| Melvin Geiger | |
| Respondents | |

### ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Lakeview Loan Servicing, LLC

for Relief from the Automatic Stay is hereby APPROVED.


**Date: August 8, 2023**

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Melvin Geiger<br>                    Debtor | Chapter 13<br>Bankruptcy No. 23-10608-amc |
| Lakeview Loan Servicing, LLC, or its Successor or Assignee<br>                    Movant<br>          vs.<br>Kenneth E. West, Trustee<br>Melvin Geiger<br>                    · Respondents | |

### SETTLEMENT STIPULATION

WHEREAS, on March 2, 2023, Melvin Geiger (the "Debtor") filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania;

WHEREAS, on June 27, 2023, Lakeview Loan Servicing, LLC (Movant) filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(a) (the "Motion") regarding property located at: 1113 Edmonds Avenue, Drexel Hill, Pennsylvania 19026;

WHEREAS, Movant and the Debtor are desirous of settling the dispute among and between themselves;

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed by and among counsel for Movant, by and through its attorneys, MARISA M. COHEN, ESQUIRE, and ANDREW M. LUBIN, ESQUIRE, and the Debtor, by and through his/her counsel, BRAD J. SADEK, Esquire ("Debtor's Counsel") as follows:

1.      The parties hereby certify that the post-petition delinquency is $10,834.84, consisting of post-petition payments for the months of April 1, 2023 through July 1, 2023. Debtor's monthly mortgage payment is $2,708.71. Debtor is credited with funds in suspense in the amount of $2,672.00 and Movant has incurred attorney fees and costs totaling $838.00, thereby reducing the post-petition arrears to $9,000.84.

2.      Within thirty (30) days of the date of this Stipulation, the Debtor shall file an Amended Chapter 13 Plan to provide cure for the balance of the post-petition delinquency in the amount of

$9,000.84 as referenced in Paragraph 1 of this Stipulation.

3.      Upon filing of the Amended Chapter 13 Plan, Movant shall amend its Proof of Claim to include the balance of the post-petition delinquency in the amount of $9,000.84 as referenced in Paragraph 1 of this Stipulation.

4.      Debtor shall resume making regular monthly mortgage payments in the amount. of $2,708.71 beginning on August 1, 2023

5.      All payments are to be made payable to Lakeview Loan Servicing, LLC at the following address: LoanCare, LLC, P.O. Box 8069, Virginia Beach, VA 23450.

6.      The last four digits of your loan number 2759. Please remember to write your entire account number on the lower left-hand corner of your payment to ensure proper processing.

7.      Should Debtor fail to comply with any of the terms of this Stipulation, including but not limited to, failure to file an Amended Chapter 13 Plan providing for cure of the post-petition delinquency, failure to make the above described payments, or any regular monthly mortgage payment commencing after the cure of the post-petition delinquency, then Movant may send Debtor and counsel a written notice of default of this Stipulation.  If the default is not cured within ten (10) days of the date of the notice, counsel for Movant may file a Certification of Default with the Court. Said Certification of Default may include a certification of Debtor's failure to pay subsequent payments that fall due after the date of the notice of default. Upon Certification, the Court shall enter an Order granting relief from the automatic stay as to the mortgaged property.

8.      In the event the Debtor converts his/her case to Chapter 11, the terms of this Stipulation shall remain in full force and effect.  In the event that Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of the date of conversion.  Failure to cure the arrears shall constitute an event of default under this Stipulation and Movant may send Notice of Default and certify default as set forth in the preceding paragraph.

9.      Attorney fees and costs for issuing Notice to Cure, Notice / Certificate / Affidavit of Default, and order for relief are recoverable and may be added to the arrearage.

10.     Counsel for Debtor has authority to settle this matter on behalf of his/her clients.

_____

Marisa M. Cohen, Esquire
Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street
Suite 1501
Philadelphia, PA 19102

8/3/23
_____
Date

_____

BRAD J. SADEK
Sadek and Cooper
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102

8/3/23
_____
Date

/s/ Jack Miller, Esquire for the Chapter 13 Trustee
_____

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street- Suite 1813
Philadelphia, PA 19107

08/04/2023
_____
Date

*The standing Trustee has receieved a stipulation.  I hve no objection to its terms, without prejudice to any of our rights and remedies, you are authorized to affix my electronic signature - /s/- incoroporating that conditional language.