# EXHIBIT B

LAW OFFICES
## McCABE, WEISBERG & CONWAY, LLC
SUITE 1501
1420 WALNUT STREET
PHILADELPHIA, PA 19102
(215) 790-1010
**FAX** (215) 790-1274

February 21, 2024

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, Pennsylvania 19107
Via United States Mail

Melvin Geiger
1113 Edmonds Avenue
Drexel Hill, Pennsylvania 19026
Via United States Mail

BRAD J. SADEK
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, Pennsylvania 19102
Via United States Mail

Re:   Lakeview Loan Servicing, LLC or its Successor or Assignee vs. Melvin Geiger
      Chapter 13/Bankruptcy No. 23-10608-amc

Dear Parties:

We have been advised by our client that payment in accordance with the terms of the Stipulation approved by the Bankruptcy Court have not been made.

In order to cure the default, it will be necessary for your client to pay $13,642.97, to become current under the Stipulation through February 2024, as well as all subsequent payments and late charges that fall due until the date of cure. The arrears are broken down as five (5) delinquent payments, each in the amount of $2,708.71, representing October 2023 through February 2024; less suspense in the amount of $0.58; and attorney fees and costs associated with preparing and mailing this Notice in the amount of $100.00.

You are hereby notified that you have ten (10) days from the date of this letter in which to cure the default set forth above and to pay any subsequent payments that become due in the interim. At the expiration of the 10-day period, if the default has not been cured, I will file a Certification of Default with the Court in order to obtain an Order for relief from the Automatic Stay.

**McCabe, Weisberg & Conway is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

Very truly yours,
/*s/ Andrew M. Lubin*
ANDREW M. LUBIN, ESQUIRE
McCABE, WEISBERG & CONWAY, LLC
AML/cbs